UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

               Plaintiff,

- against -

EDELMAN SHOE, INC. and 109 SPRING
STREET ASSOCIATES LLC

               Defendants.

---

22-cv-3546 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The deadline for the defendants to answer the complaint was June 24, 2022. The time for the defendants to answer is extended to _7/8_, 2022. The plaintiff shall serve a copy of this Order on each of the defendants and file proof of service by _6/30_, 2022.

SO ORDERED.

Dated:    New York, New York
            June 27, 2022

                                                 John G. Koeltl
                                     United States District Judge