UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

   - against -

EDELMAN SHOE, INC. and 109 SPRING
STREET ASSOCIATES LLC,

                Defendants.

22-cv-3546 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 12, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
          July 5, 2022

                                     John G. Koeltl
                             United States District Judge