UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

                Plaintiff,

    - against -                          22-cv-3546 (JGK)

EDELMAN SHOE, INC., ET AL.,          ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 1, 2022.

SO ORDERED.

Dated:    New York, New York
           November 12, 2022

                                          John G. Koeltl
                                  United States District Judge