# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

February 17, 2023

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
2/20/23

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

    Re:    Girotto v. Edelman Shoe, Inc., et al.
           Case 1:22-cv-03546-JGK

Dear Judge Koeltl:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      On January 20, 2023, an Order of Discontinuance was signed by your Honor [D.E. 29] providing Plaintiff's counsel thirty (30) days within not to dismiss this matter, should the settlement not be consummated.

      As of this date, the settlement agreement has not yet been executed, nor settlement funds received. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until March 21, 2023, to finalize settlement in this matter.

      The Court is advised that this is the Plaintiff's first request to extend the dismissal deadline in this case. Thank you for your attention to this matter.

                  Yours very truly,

                  THE WEITZ LAW FIRM, P.A.

                  By: *Robert J. Mirel*
                        Robert J. Mirel, Esq.