UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

                Plaintiff,

    - against -

EDELMAN SHOE, INC., et al.,

                Defendants.

22-cv-3546 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk of Court is directed to strike ECF No. 30.

SO ORDERED.

Dated:    New York, New York
           March 31, 2023

                                      John G. Koeltl
                               United States District Judge