# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

April 20, 2023

**VIA CM/ECF**
Honorable Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
4/21/23
John G. Koeltl, U.S.D.J.

      Re:    **Girotto v. Edelman Shoe, Inc., et al.**
               **Case 1:22-cv-03546-JGK**

Dear Judge Koeltl:

      The undersigned represents the Plaintiff in the above-captioned civil case.

      On January 20, 2023, an Order of Discontinuance was signed by your Honor [D.E. 29] providing Plaintiff's counsel thirty (30) days within which to restore this matter, should the settlement not be consummated within that period. A subsequent Order [D.E. 33] extending the dismissal deadline was issued on February 21, 2023. The Court graciously issued another Order[ D.E. 35] further extending the dismissal deadline was issued on March20, 2023.

      As of this date, the settlement in this matter remains not fully consummated. The undersigned is quite certain that the settlement will be fully consummated within the next three weeks. Therefore, the undersigned respectfully requests that the Court grant a FINAL thirty (30) day extension, until May 20, 2023, to finalize the settlement in this matter.

The Court is advised, as stated abive, that this is the Plaintiff's third request to extend the dismissal deadline in this case. In the event the Court declines to grant this final extension, it is respectfully requested that the Court restore this case to the calendar and schedule a status conference in order that counsel can explain the delay in completing the settlement process. Thank you for your attention to this matter.

                                 Yours very truly,

                                 THE WEITZ LAW FIRM, P.A.

                        By: _____
                                Robert J. Mirel, Esq.